UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ASBESTOS PRODUCTS
LIABILITY LITIGATION (No.VI)                    MDL DOCKET NO.:  MDL 875

*This Document Pertains to:*

*Jack Daniels, et al v. 3M, f/k/a Minnesota Mining & Manufacturing, et al
1:05CV371WJG– Southern District of Mississippi*

*Severed Cases:*

| | |
|---|---|
| Acuff, James | PA E.D. Case No: 08-83136 |
| Anderson, Alvin | PA E.D. Case No: 08-83138 |
| Ashmore, Claude | PA E.D. Case No: 08-83144 |
| Bailey, Claudie | PA E.D. Case No: 08-83150 |
| Baker, Lonnie | PA E.D. Case No: 08-83151 |
| Barnes, Robert | PA E.D. Case No: 08-83154 |
| Bass, Brenda | PA E.D. Case No: 08-83155 |
| Bates, George | PA E.D. Case No: 08-83158 |
| Beasley, Eddie | PA E.D. Case No: 08-83159 |
| Benit, Henry | PA E.D. Case No: 08-83162 |
| Bennett, Walter | PA E.D. Case No: 08-83163 |
| Berry, David | PA E.D. Case No: 08-83164 |
| Bettis, Roy | PA E.D. Case No: 08-83165 |
| Bosarge, Wilson | PA E.D. Case No: 05-83169 |
| Bowling, Willie | PA E.D. Case No: 08-83172 |
| Bridges, Willie | PA E.D. Case No: 08-83173 |
| Briscoe, Hulean | PA E.D. Case No: 08-83174 |
| Brown, Craig | PA E.D. Case No: 08-83175 |
| Brown, Herbert | PA E.D. Case No: 08-83176 |
| Brown, Wade | PA E.D. Case No: 08-83177 |
| Bryant, Ewell | PA E.D. Case No: 08-83178 |
| Burkhart, Joseph | PA E.D. Case No: 08-83181 |
| Burkley, Christine | PA E.D. Case No: 08-83182 |
| Chambers, Robert | PA E.D. Case No: 08-83190 |
| Chaney, Alphonse | PA E.D. Case No: 08-83192 |
| Christmas, Hazel | PA E.D. Case No: 08-83193 |
| Clark, David | PA E.D. Case No: 08-83194 |
| Clark, Lottie | PA E.D. Case No: 08-83196 |
| Conner, Edward | PA E.D. Case No: 08-83199 |
| Conradi, Bobby | PA E.D. Case No: 08-83200 |
| Couch, David | PA E.D. Case No: 08-83204 |
| Craft, Harry | PA E.D. Case No: 08-83206 |
| Cross, Ellis | PA E.D. Case No: 08-83208 |

| | |
|---|---|
| Culver, John | PA E.D. Case No: 08-83210 |
| Daniels, Jack | PA E.D. Case No: 08-83133 |
| Dauro, Harry | PA E.D. Case No: 08-83213 |
| Davenport, Cordee | PA E.D. Case No: 08-83214 |
| Davis, Joe | PA E.D. Case No: 08-83215 |
| Davis, Larry | PA E.D. Case No: 08-83217 |
| Dedeaux, Roger | PA E.D. Case No: 08-83220 |
| Dee, Robert | PA E.D. Case No: 08-83221 |
| Dickerson, Kenneth | PA E.D. Case No: 08-83222 |
| Dixon, Clinton | PA E.D. Case No: 08-83223 |
| Dixon, Willie | PA E.D. Case No: 08-83224 |
| Ellis, Robert | PA E.D. Case No: 08-83231 |
| Emfinger, Daisy | PA E.D. Case No: 08-83233 |
| Fairley, Anither | PA E.D. Case No: 08-83234 |
| Fassett, Oscar | PA E.D. Case No: 08-83235 |
| Fisher, Eddie | PA E.D. Case No: 08-83237 |
| Fitzgerald, Rufus | PA E.D. Case No: 08-83238 |
| Freeman, James | PA E.D. Case No: 08-83241 |
| Gaines, Sylvester | PA E.D. Case No: 08-83242 |
| Glidewell, Alton | PA E.D. Case No: 08-83244 |
| Graham, Lawrence | PA E.D. Case No: 08-83247 |
| Grant, Joseph | PA E.D. Case No: 08-83249 |
| Green, Alonzo | PA E.D. Case No: 08-83254 |
| Green, Donald | PA E.D. Case No: 08-83250 |
| Green, Matthew | PA E.D. Case No: 08-83252 |
| Green, Nelson | PA E.D. Case No: 08-83253 |
| Griffin, Falls | PA E.D. Case No: 08-83255 |
| Guy, Densol | PA E.D. Case No: 08-83258 |
| Hall, Robert | PA E.D. Case No: 08-83259 |
| Harlow, John | PA E.D. Case No: 08-83262 |
| Harper, James | PA E.D. Case No: 08-83253 |
| Harris, Jerome | PA E.D. Case No: 08-83268 |
| Harrison, Frank | PA E.D. Case No: 08-83269 |
| Harvison, Dean | PA E.D. Case No: 08-83270 |
| Havard, Billy | PA E.D. Case No: 08-83271 |
| Haynes, David | PA E.D. Case No: 08-83273 |
| Hazewood, Henry | PA E.D. Case No: 08-83274 |
| Henry, Neely | PA E.D. Case No: 08-83277 |
| Hine, Charles | PA E.D. Case No: 08-83279 |
| Holland, Allen | PA E.D. Case No: 08-83280 |
| Holmes, James | PA E.D. Case No: 08-83282 |
| Holmes, Robert | PA E.D. Case No: 08-83284 |
| Houston, Robert | PA E.D. Case No: 08-83287 |
| Hover, John | PA E.D. Case No: 08-83288 |
| Human, Thomas | PA E.D. Case No: 08-83290 |
| Jackson, Elvin | PA E.D. Case No: 08-83292 |

| | |
|---|---|
| Jackson, Elvira | PA E.D. Case No: 08-83293 |
| Jackson, Ossie | PA E.D. Case No: 08-83294 |
| Jackson, Wilson | PA E.D. Case No: 08-83295 |
| Johnson, James | PA E.D. Case No: 08-83302 |
| Johnson, Matthew | PA E.D. Case No: 08-83303 |
| Johnson, Mose | PA E.D. Case No: 08-83305 |
| Johnson, Randy | PA E.D. Case No: 08-83304 |
| Jordan, Edward | PA E.D. Case No: 08-83307 |
| Juraszek, Edward | PA E.D. Case No: 08-83308 |
| Kelly, Jessie | PA E.D. Case No: 08-83310 |
| Kent, Travis | PA E.D. Case No: 08-83312 |
| Kerns, Richard | PA E.D. Case No: 08-83314 |
| Keys, Kenneth | PA E.D. Case No: 08-83315 |
| Kimball, John | PA E.D. Case No: 08-83316 |
| King, James | PA E.D. Case No: 08-83317 |
| Kinstley, William | PA E.D. Case No: 08-83318 |
| Knight, Vernon | PA E.D. Case No: 08-83320 |
| Knight, Willie | PA E.D. Case No: 08-83321 |
| Ladner, James | PA E.D. Case No: 08-83325 |
| Ladnier, Lionel | PA E.D. Case No: 08-83327 |
| Lawrence, Leslie | PA E.D. Case No: 08-83332 |
| Lee, Charles | PA E.D. Case No: 08-83333 |
| Lee, Clifford | PA E.D. Case No: 08-83334 |
| Lofton, Osie | PA E.D. Case No: 08-83335 |
| Magee (Barnes), Betty | PA E.D. Case No: 08-83152 |
| Mallett, Willie | PA E.D. Case No: 08-83337 |
| Marchman, Kenneth | PA E.D. Case No: 08-83338 |
| Marshall, Willard | PA E.D. Case No: 08-83339 |
| Martin, Marcus | PA E.D. Case No: 08-83340 |
| McCool, Richard | PA E.D. Case No: 08-83344 |
| McDuff, Bobby | PA E.D. Case No: 08-83346 |
| McGriggs, James | PA E.D. Case No: 08-83347 |
| McMaster, S | PA E.D. Case No: 08-83348 |
| McMillian, Allen | PA E.D. Case No: 08-83349 |
| McNeal, Theola | PA E.D. Case No: 08-83350 |
| McVey, Robert | PA E.D. Case No: 08-83351 |
| Montgomery, William | PA E.D. Case No: 08-83359 |
| Moore, Artree | PA E.D. Case No: 08-83361 |
| Moore, Charles | PA E.D. Case No: 08-83362 |
| Moore, Johnnie | PA E.D. Case No: 08-83363 |
| Morgan, Betty | PA E.D. Case No: 08-83364 |
| Morris, Ruby | PA E.D. Case No: 08-83365 |
| Mosely, Charles | PA E.D. Case No: 08-83366 |
| Mullins, Robert | PA E.D. Case No: 08-83367 |
| Mullins, Willie | PA E.D. Case No: 08-83368 |
| Myrick, Curtis | PA E.D. Case No: 08-83371 |

| | |
|---|---|
| Neal, Anthony | PA E.D. Case No: 08-83372 |
| Nevels, Huntley | PA E.D. Case No: 08-83374 |
| O'Neal, Willie | PA E.D. Case No: 08-83381 |
| Parker, Bernard | PA E.D. Case No: 08-83384 |
| Payne, Marzette | PA E.D. Case No: 08-83387 |
| Pettway, Willie | PA E.D. Case No: 08-83390 |
| Phillips, Danny | PA E.D. Case No: 08-83391 |
| Pittman, Kenneth | PA E.D. Case No: 08-83394 |
| Pounds, Mike | PA E.D. Case No: 08-83402 |
| Prescott, Janice | PA E.D. Case No: 08-83404 |
| Purcell, James | PA E.D. Case No: 08-83407 |
| Radel, Lawson | PA E.D. Case No: 08-83408 |
| Raymond, Willie | PA E.D. Case No: 08-83410 |
| Reed, Larry | PA E.D. Case No: 08-83412 |
| Reeder, Sam | PA E.D. Case No: 08-83415 |
| Roberson, James | PA E.D. Case No: 08-83422 |
| Roberts, Albert | PA E.D. Case No: 08-83423 |
| Roberts, Archie | PA E.D. Case No: 08-83424 |
| Roberts, Kenneth | PA E.D. Case No: 08-83425 |
| Robinson, Clifton | PA E.D. Case No: 08-83427 |
| Rodgers, Jamie | PA E.D. Case No: 08-83428 |
| Ross, Anthony | PA E.D. Case No: 08-83430 |
| Rushing, Charles | PA E.D. Case No: 08-83432 |
| Rushing, Sharon | PA E.D. Case No: 08-83434 |
| Russell, David | PA E.D. Case No: 08-83436 |
| Rymer, Robert | PA E.D. Case No: 08-83437 |
| Sancillo, Manuel | PA E.D. Case No: 08-83439 |
| Sargent, Stanley | PA E.D. Case No: 08-83440 |
| Sebesta, Karl | PA E.D. Case No: 08-83445 |
| Shaifer, Michael | PA E.D. Case No: 08-83447 |
| Shark, Raymond | PA E.D. Case No: 08-83448 |
| Shaw, Henretta | PA E.D. Case No: 08-83450 |
| Sherman, James | PA E.D. Case No: 08-83452 |
| Shumake, Craig | PA E.D. Case No: 08-83455 |
| Simpson, Teddell | PA E.D. Case No: 08-83457 |
| Sims, Billy | PA E.D. Case No: 08-83458 |
| Slayton, Jan | PA E.D. Case No: 08-83459 |
| Smelcer, Eugene | PA E.D. Case No: 08-83460 |
| Smith, James | PA E.D. Case No: 08-83462 |
| Smith, Jimmy | PA E.D. Case No: 08-83463 |
| Smith, Willie | PA E.D. Case No: 08-83465 |
| Spence, Lawrence | PA E.D. Case No: 08-83466 |
| Starks, Richard | PA E.D. Case No: 08-83468 |
| Stephens, Wilbur | PA E.D. Case No: 08-83470 |
| Storey, Carl | PA E.D. Case No: 08-83474 |
| Summers, Herley | PA E.D. Case No: 08-83476 |

| | |
|---|---|
| Sumrall, Houston | PA E.D. Case No: 08-83478 |
| Taylor, Leslie | PA E.D. Case No: 08-83483 |
| Tenner, W | PA E.D. Case No: 08-83486 |
| Tensley, Charlie | PA E.D. Case No: 08-83485 |
| Thibodeaux, Robert | PA E.D. Case No: 08-83487 |
| Thigpen, Rouvell | PA E.D. Case No: 08-83488 |
| Thornhill, Sam | PA E.D. Case No: 08-83490 |
| Todd, Earl | PA E.D. Case No: 08-83492 |
| Walker, Donnie | PA E.D. Case No: 08-83500 |
| Wannage, Edward | PA E.D. Case No: 08-83501 |
| Washington, George | PA E.D. Case No: 08-83506 |
| Washington, Nathaniel | PA E.D. Case No: 08-83504 |
| Webb, Katie | PA E.D. Case No: 08-83508 |
| Weick, Henry | PA E.D. Case No: 08-83509 |
| Westrope, James | PA E.D. Case No: 08-83514 |
| ▮▮▮▮▮▮▮ | PA E.D. Case No: 08-83515 |
| White, Roosevelt | PA E.D. Case No: 08-83517 |
| Whitsett, Richard | PA E.D. Case No: 08-83519 |
| Wilkins, Ernest | PA E.D. Case No: 08-83522 |
| Williams, James | PA E.D. Case No: 08-83523 |
| Williams, Odell | PA E.D. Case No: 08-83524 |
| Williams, Randy | PA E.D. Case No: 08-83525 |
| Windham, Stanley | PA E.D. Case No: 08-83529 |
| Woods, Eugene | PA E.D. Case No: 08-83531 |
| Woods, John | PA E.D. Case No: 08-83532 |
| Woods, Leonard | PA E.D. Case No: 08-83533 |
| Young, Frederick | PA E.D. Case No: 08-83537 |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND IN THE ALTERNATIVE REQUEST FOR RELIEF PURSUANT TO ADMINISTRATIVE ORDER 8

Come now Plaintiffs listed above, by and through their Attorney, and file this Response to Defendants' Motions for Summary Judgment and in the Alternative Request for Relief pursuant to Administrative Order 8, and states as follows:

1. Plaintiffs claims were originally filed in the Circuit Court of Mississippi. Subsequently the above referenced actions were removed to the United States District Court for the Southern District of Mississippi and transferred to the present Court.

2. Plaintiffs have complied with Administrative Order 12 and filed their submissions into the Court appointed database. Plaintiffs rely on those documents produced as if attached herein without the necessary burden of additional productions of the same documents.

3. Defendants herein have now filed Motions for Summary Judgment based on the sufficiency of the medical records produced and ask for a dispositive ruling from this Court that would bar these plaintiffs from seeking redress for their injuries.

4. Each plaintiff herein has produced medical records that indicate they suffer from an asbestos related injury. This evidence, when considered in a light most favorable to the Plaintiff is enough to overcome Summary Judgment. Defendants wish to argue the creditability of the evidence which is a question of fact and not properly before the Court on a Motion for Summary Judgment.

5. Further the remedy sought by the Defendants, if granted, puts the Plaintiffs between the proverbial rock and hard place. Granting Defendants' Motion would result in an inequitable injustice for the Plaintiffs herein, where each has enough proof of an injury to start their statutes of limitations period running but not enough to meet an arbitrary factual criterion to proceed with their case.

6. Should the Court not be persuaded by the argument of the Plaintiffs set forth above, Plaintiffs are requesting relief pursuant to Administrative Order 8 which recognizes this potential injustice and allows Plaintiffs an opportunity to have legal recourse should their latent conditions worsen in the future without barring all future pursuit of their claims.

WHEREFORE, PREMISES CONSIDERED the Plaintiffs request that the Court deny the Defendants' Motions for Summary Judgment or in the alternative Grant the Plaintiffs relief pursuant to Administrative Order 8.

RESPECTFULLY SUBMITTED,

_/s/ Alice W. Coleman_
Alice W. Coleman
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, Alice W. Coleman, Attorney for the Plaintiffs listed above, hereby certify that I have on this day filed a copy of the foregoing via the required Federal Court Electronic Filing System.

RESPECTFULLY SUBMITTED,

_/s/ Alice W. Coleman_
Alice W. Coleman
Brent Coon & Associates
Attorney for Plaintiff

ALICE W. COLEMAN MSB# 10785
BRENT COON & ASSOCIATES
6360 I-55 North, SUITE 340
JACKSON, MS  39211
(601) 957-6177 *(601) 957-6507 – FAX
alice@bcoonlaw.com